IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01327-REB-CBS

BRIAN O'NEAL,

    Plaintiff,

v.

JAKE BEACH, in his individual capacity and
as a Deputy of the Archuleta County Sheriff's Department, and
DEVON SHRADER, in his individual capacity and
as an EMT of the Upper San Juan Health Services District,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Scheduling Order Conference (*doc. no. 4*) is **GRANTED**. The scheduling conference set for September 4, 2007 and all associated deadlines are **VACATED**.

    IT IS FURTHER ORDERED that a status conference has been set for **September 26, 2007 at 9:15 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    August 30, 2007