IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01327-PAB-KLM

BRIAN O'NEAL,

    Plaintiff,

v.

JAKE BEACH, in his individual capacity and as a Deputy of the Archuleta County Sheriff's Department, and
DEVON SHRADER, in his individual capacity and as an EMT of the Upper San Juan Health Services District,

    Defendants.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    The Court has reviewed the parties' Stipulated Motion to Dismiss with Prejudice (Docket No. 28) and is otherwise informed of the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss with Prejudice is granted. It is further

    **ORDERED** that this action, and all claims asserted therein, is dismissed with prejudice, with each party to bear his own attorneys' fees and costs.

    DATED this 13th day of November, 2008.

                                                         BY THE COURT:

                                                         s/Philip A. Brimmer
                                                         PHILIP A. BRIMMER
                                                         United States District Judge